UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HENRY SALCIDO,<br><br>Defendant. | Case No. 2:20-cr-0026-KJD-NJK<br><br>ORDER |

Presently before the Court is Defendant's Motion to Extend Time to Self Surrender (#87/88). The Government filed a response in opposition (#90) to which Defendant replied (#90/91).

On June 22, 2021, Defendant was ordered to self surrender on October 22, 2021, no later than 2 p.m. The court allowed that extended time to self surrender in consideration of the impending birth of Defendant's child. Defendant filed the present motion on October 15, 2022 seeking an extension of time due to his fiancé's post partum depression. Having read and considered the briefing on the motion and Defendant's attached exhibits, the Court finds good cause to extend the time for Defendant to self surrender for approximately seventy-five (75) days. Any future application for an extension of time must be accompanied by a letter from a doctor stating that such extension is medically necessary.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Extend Time to Self Surrender (#87/88) is **GRANTED**;

///

///

///

///

IT IS FURTHER ORDERED that Defendant shall self surrender at the designated facility no later than 2 p.m. on January 7, 2022.

Dated this 21 day of October 2021.

_____
Kent J. Dawson
United States District Judge