UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-0026-KJD-NJK |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| HENRY SALCIDO, | |
| Defendant. | |

    Presently before the Court is Defendant's Second Motion to Extend Time to Self-Surrender (#93). The Government filed a response in opposition (#95).

    Defendant, already having been granted extended time to self-surrender due to the health condition of his fiancé who is also the mother of his child who was born on August 7, 2021, seeks a further extension on the same basis. When the Court ordered the initial extension, it stated that any future motion should be "accompanied by a letter from a doctor stating that such extension is medically necessary." The Court notes that the letter from the healthcare provider does not strictly comply with the Court's order that the extension be medically necessary. However, the Court is sympathetic to the hurdles that may need to be cleared to obtain such a statement during the global pandemic which is reaching a new peak. Accordingly, the Court grants Defendant's motion to extend for a further forty-nine (49) days until February 25, 2022.

    However, the Court is also unwilling to string-out Defendant's self-surrender date in perpetuity. Defendant must concentrate his efforts during the period of the extension to marshal family and community resources to ensure that his fiancé has the proper resources to care for herself and child.

    Accordingly, IT IS HEREBY ORDERED that Defendant's Second Motion to Extend Time to Self-Surrender (#93) is **GRANTED**;

1 | IT IS FURTHER ORDERED that Defendant self-surrender at the designated facility no later than 2 p.m. on February 25, 2022.

Dated this 6th day of January, 2022.

_____
Kent J. Dawson
United States District Judge