RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MADELINE S. LAL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Madeline_Lal@fd.org

Attorney for Henry Salcido

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-026-KJD-NJK-2 |
| Plaintiff, | **Joint Stipulation Regarding a Reduction in Sentence** |
| v. | |
| Henry Salcido, | |
| Defendant. | |

In compliance with Second Amended General Order 2023-09, the parties, Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Madeline S. Lal, Assistant Federal Public Defender, counsel for Henry Salcido, file this Joint Stipulation.

The parties state as follows:

1.     Undersigned counsel and government counsel have determined that Mr. Salcido qualifies for a sentence reduction under United States Sentencing Guidelines Amendment 821 and have reached an agreement regarding a proposed sentencing reduction.

2.     Defense counsel has spoken to the defendant.   The defendant consents to the proposed sentencing reduction detailed below.   The defendant waives any right to appear telephonically or in person at a hearing, should this Court find a hearing is necessary.

3.     On June 22, 2021, this Court sentenced Mr. Salcido to 70 months' incarceration.   ECF No. 86.   Mr. Salcido was in CHC I with a total offense level of 27, which yielded a sentencing guideline range of 70–87 months.   Under the amended Guidelines, the parties have determined Mr. Salcido is in CHC I with a total offense level of 25 which yields a guideline range of 57–71 months.

4.     Consistent with U.S.S.G. § 1B1.10, the parties are proposing Mr. Salcido's sentence be amended to 57 months.

DATED this 4th day of April, 2024.


RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                        United States Attorney


By /s/ Madeline S. Lal                         By /s/ Jim W. Fang
MADELINE S. LAL                               JIM W. FANG
Assistant Federal Public Defender              Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-26-KJD-NJK-2 |
| Plaintiff, | **ORDER** |
| v. | |
| Henry Salcido, | |
| Defendant. | |

 

The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted.  Pursuant to Second Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed.

DATED this __9__ day of April, 2024.

_____

UNITED STATES DISTRICT JUDGE

3