PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

FILED
CLERK, U.S. DISTRICT COURT
3/25/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KM _____ DEPUTY

DOCKET NUMBER *(Tran. Court)*
2:20CR00026

DOCKET NUMBER *(Rec. Court)*
2:26-cr-00176 -FMO

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Henry Salcido  Sherman Oaks, California  91403 | Nevada | U.S. Probation Office |

NAME OF SENTENCING JUDGE
Kent J. Dawson

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 9/24/2024 | 9/23/2029 |

OFFENSE
Conspiracy to Distribute a Controlled Substance.

_____ FILED          _____ RECEIVED
_____ ENTERED      _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 0 6 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial ties.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada

BY: _____ DEPUTY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Central District of California  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____2/9/2026_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Central _____ DISTRICT OF _____ California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**March 25, 2026**
*Effective Date*

_____
*Chief United States District Judge*



# United States District Court
### Central District of California
## Office of the Clerk

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 26, 2026

Clerk, United States District Court

_____ District of _____ Nevada _____

333 Las Vegas Boulevard South, 1st Floor
Las Vegas, NV 89101-7065

Re:      Transfer of Jurisdiction of Probation

Your Case No.  2:20CR00026 _____

Assigned Our Case No.  2:26-cr-00176-FMO _____

Case Title:  USA v. Henry Salcido _____

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge Dolly M. Gee _____ .

Please forward to this district copies of the following documents:
1)      Indictment, Information, or Complaint
2)      Judgment and Probationary Order
3)      If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____ .

Sincerely,

Clerk, U.S. District Court

By  I. Valdes  ingrid_valdes@cacd.uscourts.gov
Deputy Clerk

cc:      Probation Office, Central District of California
         Probation Office, District of Origin

CR-25 (01/24)              TRANSMITTAL LETTER - PROBATION TRANSFER IN

PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

**FILED**
CLERK, U.S. DISTRICT COURT
3/25/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KM _____ DEPUTY

DOCKET NUMBER *(Tran. Court)*
2:20CR00026

DOCKET NUMBER *(Rec. Court)*
2:26-cr-00176 -FMO

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Henry Salcido | Nevada | U.S. Probation Office |

NAME OF SENTENCING JUDGE
Kent J. Dawson

Sherman Oaks, California  91403

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 9/24/2024 | 9/23/2029 |

OFFENSE
Conspiracy to Distribute a Controlled Substance.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial ties.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Central District of California  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/9/2026
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Central _____ DISTRICT OF _____ California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 25, 2026
*Effective Date*

*Chief United States District Judge*



**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 26, 2026

Clerk, United States District Court

_____ District of _____ Nevada _____

333 Las Vegas Boulevard South, 1st Floor
Las Vegas, NV 89101-7065

Re:     Transfer of Jurisdiction of Probation
        Your Case No.   2:20CR00026 _____
        Assigned Our Case No.   2:26-cr-00176-FMO _____
        Case Title:   USA v. Henry Salcido _____

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as
accepted by Judge Dolly M. Gee _____.

   Please forward to this district copies of the following documents:
   1)      Indictment, Information, or Complaint
   2)      Judgment and Probationary Order
   3)      If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/
           or document reflecting such consent, or waiver form.

   The probationer has been assigned our case number as referenced above. Please include this case number in all
   future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been
denied by Judge _____ .

                                        Sincerely,

                                        Clerk, U.S. District Court

                                        By  I. Valdes  ingrid_valdes@cacd.uscourts.gov
                                        Deputy Clerk

cc:     Probation Office, Central District of California
        Probation Office, District of Origin

CR-25 (01/24)              TRANSMITTAL LETTER - PROBATION TRANSFER IN



# United States District Court
### Central District of California
## Office of the Clerk

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 26, 2026

Clerk, United States District Court

_____ District of _____ Nevada _____

333 Las Vegas Boulevard South, 1st Floor
Las Vegas, NV 89101-7065

Re:   Transfer of Jurisdiction of Probation

Your Case No.  2:20CR00026 _____

Assigned Our Case No.  2:26-cr-00176-FMO _____

Case Title:  USA v. Henry Salcido _____

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge Dolly M. Gee _____.

Please forward to this district copies of the following documents:
1)   Indictment, Information, or Complaint
2)   Judgment and Probationary Order
3)   If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/ or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____.

Sincerely,

Clerk, U.S. District Court

By  I. Valdes  ingrid_valdes@cacd.uscourts.gov
Deputy Clerk

cc:   Probation Office, Central District of California
      Probation Office, District of Origin

CR-25 (01/24)          TRANSMITTAL LETTER - PROBATION TRANSFER IN

Clerk, United States District Court
Northern District of Nevada
**333 Las Vegas Boulevard South, 1st Floor**
Las Vegas, NV 89101-7065